**DISMISS and Opinion Filed September 26, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00894-CV

**SHEDRICK THORNTON, Appellant**
**V.**
**GABRIELLE BODLEY, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. CV1400028**

## MEMORANDUM OPINION

Before Justices Myers, Osborne, and Nowell
Opinion by Justice Myers

Appellant appeals from a protective order signed on February 4, 2014. By letter dated August 7, 2019, the Court questioned its jurisdiction over this appeal due to the untimeliness of the notice of appeal. We instructed appellant to file a letter brief addressing our concern with an opportunity for appellee to respond.

Without a timely filed post-judgment motion extending the appellate timetable, a notice of appeal is due thirty days after the date the judgment is signed. *See* TEX. R. APP. P. 26.1. Without a timely notice of appeal, this Court lacks jurisdiction. *See id.* 25.1(b).

The protective order was signed on February 4, 2014. Because appellant did not file a post-judgment motion extending the appellate timetable, the notice of appeal was due on March

6, 2014. *See id*. 26.1. Appellant filed his notice of appeal on July 26, 2019, over five years past the due date.

Although appellant filed a letter brief, he fails to demonstrate that this Court has jurisdiction over this appeal. Accordingly, we dismiss the appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

/Lana Myers/
LANA MYERS
JUSTICE

190894F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

SHEDRICK THORNTON, Appellant

No. 05-19-00894-CV      V.

GABRIELLE BODLEY, Appellee

On Appeal from the 292nd Judicial District Court, Dallas County, Texas
Trial Court Cause No. CV1400028.
Opinion delivered by Justice Myers. Justices Osborne and Nowell participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered this 26th day of September, 2019.